STATE OF CONNECTICUT *v.* EDWARD F. JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 708 (AC 10015), is granted, limited to the following questions:

"1. Was the Appellate Court correct in refusing to review the defendant's claim that the trial court improperly denied his motion to dismiss which claimed that a peace officer does not have probable cause to effectuate a warrantless arrest for a misdemeanor committed outside the presence of that officer?

"2. In order to establish a violation of General Statutes § 14-224 (b), must the state prove that the defendant knew that the accident in which he was involved caused 'injury or damage to property?' "

The Supreme Court docket number is SC 14629.

*Mario Paul Mikolitch,* special public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided October 30, 1992

TRAP FALLS REALTY HOLDING LIMITED PARTNERSHIP ET AL. *v.* BOARD OF TAX REVIEW OF THE CITY OF SHELTON

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 97, is denied.

*John H. Welch* and *Thomas J. Welch,* in support of the petition.

*Gregory F. Servodidio* and *Elliott B. Pollock,* in opposition.

Decided October 30, 1992